RECEIVED
JUL 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Geni Ruaigip, Plaintiff,

vs.

Arnold Schwarzenegger, et al. Defendant.

CASE NO. CV 08 2796 JF (PR)

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, Geni Ruaigip, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: N/A Net: N/A

Employer: N/A

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

N/A

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

a. Business, Profession or self employment Yes ___ No ✓

b. Income from stocks, bonds, or royalties? Yes ___ No ✓

c. Rent payments? Yes ___ No ✓

d. Pensions, annuities, or life insurance payments? Yes ___ No ✓

e. Federal or State welfare payments, Social Security or other government source? Yes ___ No ✓

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

N/A

3. Are you married? Yes ✓ No ___

Spouse's Full Name: IMELDA E Quevedo De Ruaigip

Spouse's Place of Employment: UNEMPloy (DiSABiLity)

Spouse's Monthly Salary, Wages or Income:

Gross $ N/A Net $ N/A

4. a. List amount you contribute to your spouse's support:$ N/A

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

NONE

5. Do you own or are you buying a home? Yes ___ No ✓

Estimated Market Value: $ N/A Amount of Mortgage: $ N/A

6. Do you own an automobile? Yes ___ No ✓

Make N/A Year N/A Model N/A

Is it financed? Yes N/A No X If so, Total due: $ N/A

Monthly Payment: $ N/A

7. Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)

Name(s) and address(es) of bank: N/A

Present balance(s): $ ___

Do you own any cash? Yes ___ No ✓ Amount: $ N/A

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No ✓

N/A

8. What are your monthly expenses?

Rent: $ N/A Utilities: N/A

Food: $ N/A Clothing: N/A

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| N/A | $ N/A | $ N/A |
| | $ | $ |
| | $ | $ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

NONE

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ____ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

N/A

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

6/13/08 [signature]

DATE SIGNATURE OF APPLICANT

Case Number CV 08 2796

**CERTIFICATE OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of Geni Ruaigip [prisoner name] for the last six months Avenal State Prison [name of institution] where ~~(s)~~he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ 31.67 and the average balance in the prisoner's account each month for the most recent 6-month period was $ 32.50.

Dated: 6-18-08

[signature]
[Authorized officer of the institution]

Geni Ruaigip
F-27214
410-1-66 UP
P.O. Box 9
Avenal, CA 93204

GeNi RuAigiP F-27214
410-1-66uP P.O. Box 9
AVeNAL, CA 93204

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**INSTRUCTIONS FOR PRISONER'S**
**IN FORMA PAUPERIS APPLICATION**

You must submit to the court a completed Prisoner's In Forma Pauperis Application if you are unable to pay the entire filing fee at the time you file your complaint or petition. Your application must include copies of the prisoner trust account statement showing transactions for the last six months and a certificate of funds in prisoner's account, signed by an authorized officer of the institution.

**A. Non-habeas Civil Actions**

Effective April 9, 2006, the filing fee for any civil action other than a habeas is $350.00. Even if you are granted leave to proceed in forma pauperis, you must still pay the full amount of the court's filing fee, but the fee will be paid in several installments. 28 U.S.C. § 1915.

You must pay an initial partial filing fee of 20 percent of the greater of (a) the average monthly deposits to your account for the 6-month period immediately before the complaint was filed or (b) the average monthly balance in your account for the 6-month period immediately before the complaint was filed. The court will use the information provided on the certificate of funds and the trust account statement to determine the filing fee immediately due and will send instructions to you and the prison trust account office for payment if in forma pauperis status is granted.

After the initial partial filing fee is paid, your prison's trust account office will forward to the court each month 20 percent of the most recent month's income to your prison trust account, to the extent the account balance exceeds ten dollars ($10.00). Monthly payments will be required until the full filing fee is paid. If you have no funds over ten dollars ($10.00) in your account, you will not be required to pay part of the filing fee that month.

**If your application to proceed in forma pauperis is granted, you will be liable for the full $350.00 filing fee even if your civil action is dismissed. That means the court will continue to collect payments until the entire filing fee is paid. However, if you do not submit this completed application the action will be dismissed without prejudice and the filing fee will not be collected.**

**B. Habeas Actions**

The filing fee for a habeas action is $5.00. If you are granted leave to proceed in forma pauperis you will not be required to pay any portion of this fee. If you are not granted leave to proceed in forma pauperis you must pay the fee in one payment and not in installments. **If you use a habeas form to file a non-habeas civil action, you will be required to pay the $350.00 filing fee applicable to all non-habeas civil actions.**

REPORT ID: TS3030 .701

REPORT DATE: 06/18/08

PAGE NO: 1

CALIFORNIA DEPARTMENT OF CORRECTIONS
AVENAL STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: DEC. 18, 2007 THRU JUN. 18, 2008

ACCOUNT NUMBER : F27214 BED/CELL NUMBER: 410 1 00000066U
ACCOUNT NAME : RAUIGIP, GENI ACCOUNT TYPE: I
PRIVILEGE GROUP: A

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|---|
| 12/18/2007 | | BEGINNING BALANCE | | | | | 0.00 |
| 12/31 | D300 | CASH DEPOSIT | 7028490658 | | 30.00 | | 30.00 |
| ACTIVITY FOR 2008 | | | | | | | |
| 01/04 | FC04 | DRAW-FAC 4 | 4CD1702915 | | | 30.00 | 0.00 |
| 01/30 | D300 | CASH DEPOSIT | 7033330159 | | 30.00 | | 30.00 |
| 02/05 | D300 | CASH DEPOSIT | 7034310173 | | 5.00 | | 35.00 |
| 02/07 | FC04 | DRAW-FAC 4 | 4CD1703496 | | | 30.00 | 5.00 |
| 02/27 | D300 | CASH DEPOSIT | 7037680242 | | 30.00 | | 35.00 |
| 03/07 | FC04 | DRAW-FAC 4 | FC04703902 | | | 35.00 | 0.00 |
| 03/26 | D300 | CASH DEPOSIT | 4182-0334 | | 30.00 | | 30.00 |
| 04/04 | FC04 | DRAW-FAC 4 | 4CD1/4313 | | | 30.00 | 0.00 |
| 05/01 | D300 | CASH DEPOSIT | 7046970468 | | 30.00 | | 30.00 |
| 05/08 | FC04 | DRAW-FAC 4 | 4CD1704825 | | | 30.00 | 0.00 |
| 05/09 | D300 | CASH DEPOSIT | 4839-0497 | | 5.00 | | 5.00 |
| 06/02 | D300 | CASH DEPOSIT | 7051330564 | | 30.00 | | 35.00 |
| 06/05 | FC04 | DRAW-FAC 4 | 4CD1705207 | | | 35.00 | 0.00 |

| | Dep. | Bal. |
|---|---|---|
| 12/18/07 | 30.00 | 0 |
| 1/08 | 30.00 | 30.00 |
| 2/08 | 35.00 | 35.00 |
| 3/08 | 30.00 | 35.00 |
| 4/08 | 0 | 30.00 |
| 5/08 | 35.00 | 30.00 |
| 6/18/08 | 30.00 | 35.00 |
| Totals | 190.00 | 195.00 |

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 06/09/2008 | H114 | COPAY FEE, MED. | 5235COPAY | 5.00 |
| 06/09/2008 | H114 | COPAY FEE, MED. | 5235COPAY | 5.00 |
| 06/10/2008 | H118 | LEGAL COPIES HOLD | 705265LECO | 0.50 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 190.00 | 190.00 | 0.00 | 10.50 | 0.00 |

6 mo. avg. dep. = 31.67

6 mo. avg. Bal = 32.50

CURRENT AVAILABLE BALANCE

10.50-

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 6-18-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature]
TRUST OFFICE

REPORT ID: TS3030 .701

REPORT DATE: 06/18/08

PAGE NO: 1

CALIFORNIA DEPARTMENT OF CORRECTIONS
AVENAL STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: DEC. 18, 2007 THRU JUN. 18, 2008

ACCOUNT NUMBER : F27214
ACCOUNT NAME : RAUIGIP, GENI
PRIVILEGE GROUP: A

BED/CELL NUMBER: 410 1 00000066U
ACCOUNT TYPE: I

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|---|
| 12/18/2007 | | BEGINNING BALANCE | | | | | 0.00 |
| 12/31 | D300 | CASH DEPOSIT | 7028490658 | | 30.00 | | 30.00 |
| | | ACTIVITY FOR 2008 | | | | | |
| 01/04 | FC04 | DRAW-FAC 4 | 4CD1702915 | | | 30.00 | 0.00 |
| 01/30 | D300 | CASH DEPOSIT | 7033330159 | | 30.00 | | 30.00 |
| 02/05 | D300 | CASH DEPOSIT | 7034310173 | | 5.00 | | 35.00 |
| 02/07 | FC04 | DRAW-FAC 4 | 4CD1703496 | | | 30.00 | 5.00 |
| 02/27 | D300 | CASH DEPOSIT | 7037680242 | | 30.00 | | 35.00 |
| 03/07 | FC04 | DRAW-FAC 4 | FC04703902 | | | 35.00 | 0.00 |
| 03/26 | D300 | CASH DEPOSIT | 4182-0334 | | 30.00 | | 30.00 |
| 04/04 | FC04 | DRAW-FAC 4 | 4CD1/4313 | | | 30.00 | 0.00 |
| 05/01 | D300 | CASH DEPOSIT | 7046970468 | | 30.00 | | 30.00 |
| 05/08 | FC04 | DRAW-FAC 4 | 4CD1704825 | | | 30.00 | 0.00 |
| 05/09 | D300 | CASH DEPOSIT | 4839-0497 | | 5.00 | | 5.00 |
| 06/02 | D300 | CASH DEPOSIT | 7051330564 | | 30.00 | | 35.00 |
| 06/05 | FC04 | DRAW-FAC 4 | 4CD1705207 | | | 35.00 | 0.00 |

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 06/09/2008 | H114 | COPAY FEE, MED. | 5235COPAY | 5.00 |
| 06/09/2008 | H114 | COPAY FEE, MED. | 5235COPAY | 5.00 |
| 06/10/2008 | H118 | LEGAL COPIES HOLD | 705265LECO | 0.50 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 190.00 | 190.00 | 0.00 | 10.50 | 0.00 |

| CURRENT AVAILABLE BALANCE |
|---|
| 10.50- |

Handwritten notes:

| | Dep. | Bal. |
|---|---|---|
| 12/18/07 | 30.00 | 0 |
| 1/08 | 30.00 | 30.00 |
| 2/08 | 35.00 | 35.00 |
| 3/08 | 30.00 | 35.00 |
| 4/08 | 0 | 30.00 |
| 5/08 | 35.00 | 30.00 |
| 6/18/08 | 30.00 | 35.00 |
| Totals | 190.00 | 195.00 |

6 mo. avg dep. = 31.67

6 mo. avg. Bal = 32.50

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 6-18-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature]
TRUST OFFICE

Geni Ruaigip #F-27214
410-1-66up
P.O. Box 9
Avenal, CA
93204
BAKERSFIELD CA
02 JUL 2008 PM
"LET US DARE TO READ
THINK, SPEAK
John Adams
NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES
BUSINESS REPLY MAIL
FIRST-CLASS MAIL PERMIT NO. 12615 WASHINGTON DC
POSTAGE WILL BE PAID BY UNITED STATES COURTS
US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680
2008
MAILROOM
Confidential
AVENAL STATE PRISON
LeGAL MAiL

CCI C. [illegible]
ASP-II
Fac 4

J/N 7/1/08