**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENI RUAIGIP, <br>     Plaintiff, <br>  vs. <br> GOV. A. SCHWARZENEGGER, et al., <br>     Defendant. | No. C 08-02796 JF (PR) <br><br> ORDER OF TRANSFER <br><br><br> (Docket No. 3) |

Plaintiff, a state prisoner proceeding pro se, filed the instant civil rights action pursuant to 42 U.S.C. § 1983 concerning the conditions of his confinement at Avenal State Prison. Because the acts complained of occurred in Kings County and the Defendants are located in Sacramento and Kings Counties, which lie within the venue of the Eastern District of California, venue properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California. See 28 U.S. C. § 1406(a). The Clerk shall terminate any pending motions and transfer the entire file to the Eastern District of California.

IT IS SO ORDERED.

DATED: 8/8/08

JEREMY FOGEL
United States District Judge

Order of Transfer
P:\PRO-SE\SJ.JF\CR.08\Ruaigip02796_transfer.wpd